1  Michele Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 10  BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al., | Case No.: C14-0363 SBA |
|---|---|
| 12              Plaintiffs, | **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON** |
| 13       v. | Date:   April 24, 2014 |
| 14  HVAC DESIGNS, INC., a California corporation, | Time:   3:00 p.m.<br>Via:    Telephone<br>Judge:  Honorable Saundra Brown Armstrong |
| 15              Defendant. | |

17      Plaintiffs respectfully request that the Case Management Conference, currently on calendar for April 24, 2014, be continued for approximately 60-90 days. Good cause exists for the granting of the continuance, as follows:

    1.      As the Court's records will reflect, this action was filed on January 24, 2014. The Defendant was served on March 4, 2014, and a Proof of Service of Summons was filed with the Court on May 18, 2014 (Dkt. #9). Defendant failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to Defendant on April 8, 2014 (Dkt. #11). Defendant was duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on April 16, 2014 (Dkt. #12).

    3.      Plaintiffs anticipate filing a Motion for Default Judgment within the next 60-90 days. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C14-0363 SBA

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to Continue CMC 041614.docx

1  scheduled for April 24, 2014, be continued for 60-90 days to allow time for the preparation and
2  filing of Plaintiffs' Motion for Default Judgment.
3          4.      There are no issues that need to be addressed by the parties at the currently
4  scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's
5  time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled
6  Case Management Conference.
7          I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
8  entitled action, and that the foregoing is true of my own knowledge.
9          Executed this 16th day of April 2014, at San Francisco, California.

                                SALTZMAN & JOHNSON
                                LAW CORPORATION


                                By:  _____/S/_____
                                     Michele R. Stafford
                                     Attorneys for Plaintiffs

IT IS SO ORDERED.
        The currently set Telephonic Case Management Conference is hereby continued to July 24, 2014 at 2:45 p.m., and all previously set deadlines and dates related to this case are continued accordingly. . The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 879-3550 at the above indicated date and time.

Date: 4/17/2014                            _____
                                           UNITED STATES DISTRICT COURT JUDGE

<u>PROOF OF SERVICE</u>:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **April 16, 2014**, I served the following document(s) on the parties to this action in the manner described below:

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

<u>XX</u>    **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

**HVAC Designs, Inc.**
**c/o National Registered Agents, Inc.**
**Agent for Service of Process**
**818 W. Seventh St.**
**Los Angeles, CA 90017**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 16th day of April 2014, at San Francisco, California.

/S/
Michelle Valentine, Paralegal

-1-
**PROOF OF SERVICE**
**Case No.: C14-0363 SBA**

C:\Users\rileyn\AppData\Local\Temp\notes95EC0B\Request to Continue CMC 041614.docx