Michele Stafford, Esq. (SBN 172509)
Jordan D. Mazur, Esq. (SBN 257899)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
jmazur@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> HVAC DESIGNS, INC., a California corporation, <br><br> Defendant. | Case No.: C14-0363 SBA <br><br> **PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br><br> Date:   July 24, 2014 <br> Time:  2:45 p.m. <br> Via:    Telephone <br> Judge: Honorable Saundra Brown Armstrong |

Plaintiffs respectfully request that the Case Management Conference, currently on calendar for July 24, 2014, be continued for approximately thirty (30) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, this action was filed on January 24, 2014. The Defendant was served on March 4, 2014, and a Proof of Service of Summons was filed with the Court on May 18, 2014 (Dkt. #9). Defendant failed to plead or otherwise respond to the lawsuit, and the Clerk entered default as to Defendant on April 8, 2014 (Dkt. #11). Defendant was duly served with a copy of the Clerk's Notice of Default Entry, and a Proof of Service of same was filed with the Court on April 16, 2014 (Dkt. #12).

2. On April 16, 2014, Plaintiffs requested a continuance to the Case Management Conference to allow time for the preparation and filing of a Motion for Default Judgment. On

1  April 17, 2014, the Court granted Plaintiffs' request, and the Case Management Conference was
2  rescheduled to July 24, 2014.

3        3.    Plaintiffs are in the process of finalizing the Motion for Default Judgment, and
4  anticipate filing the Motion within the next week. The Motion will be filed prior to the scheduled
5  Case Management Conference. Accordingly, Plaintiffs respectfully request that the Case
6  Management Conference, currently scheduled for July 24, 2014, be continued for 30 days to allow
7  time for the finalization and filing of Plaintiffs' Motion for Default Judgment.

8        4.    There are no issues that need to be addressed by the parties at the currently
9  scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's
10 time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled
11 Case Management Conference.

12       I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
13 entitled action, and that the foregoing is true of my own knowledge.

14       Executed this 11th day of July, 2014, at San Francisco, California.

               SALTZMAN & JOHNSON
               LAW CORPORATION

               By: _____/S/_____
                   Jordan D. Mazur
                   Attorneys for Plaintiffs

20 IT IS SO ORDERED.
21       The currently set Case Management Conference is hereby continued to
22 __Sept. 17, 2014__ at __2:30 p.m.__, and all previously set deadlines and dates related to this
23 case are continued accordingly.

24 Date: ___7/15/2014___      _/s/ Saundra B. Armstrong_____
25                          UNITED STATES DISTRICT COURT JUDGE

<u>PROOF OF SERVICE</u>:

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On **July 14, 2014**, I served the following document(s) on the parties to this action in the manner described below:

**PLAINTIFFS' REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

<u>XX</u>   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

**HVAC Designs, Inc.
c/o National Registered Agents, Inc.
Agent for Service of Process
818 W. Seventh St.
Los Angeles, CA 90017**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 14th day of July, 2014, at San Francisco, California.

                                                /S/
                                        Alicia Rutkowski, Paralegal