Michele Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al., | Case No.: C14-0363 SBA |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| HVAC DESIGNS, INC., a California corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al., voluntarily dismiss, without prejudice, their claim against Defendant HVAC DESIGNS, INC., a California corporation ("Defendant"). Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

Dated: September 4, 2014

SALTZMAN & JOHNSON
LAW CORPORATION

By:             /S/
Michele R. Stafford
Attorneys for Plaintiffs

P:\CLIENTS\SHECL\HVAC\Pleadings\notice of voluntary dismissal 090414.docx

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

    I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

    On **September 5, 2014**, I served the following document(s) on the parties to this action in the manner described below:

**NOTICE OF VOLUNTARY DISMISSAL**

<u>XX</u>    **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses as specified below, in a sealed envelope fully prepared.

*To:*

    **HVAC Designs, Inc.**
    **c/o National Registered Agents, Inc.**
    **Agent for Service of Process**
    **818 W. Seventh St.**
    **Los Angeles, CA 90017**

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **September 5, 2014**, at San Francisco, California.

                       /S/
                  Alicia Rutkowski
                  Paralegal